IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PACCAR FINANCIAL | § § § | |
| VS. | § § § § | CASE NO. |
| GALLAGHER BASSETT SERVICES, INC. | § | |

**DEFENDANT GALLAGHER BASSETT SERVICES, INC.'S
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendant GALLAGHER BASSETT SERVICES, INC., in compliance with the provision of: *(check one)*

   __X__  Rule 7.1, Fed.R.Civ.P., a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____  Rule 12.4(a)(1), Fed.R.Crim.P., any nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____  Rule 12.4(a)(2), Fed.R.Crim.P., if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   _____  No such corporation exists.

   __X__  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below; *(Attach additional pages if needed).*

**Party is a wholly owned subsidiary of Arthur J. Gallagher & Co.**

     \_\_\_\_\_  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

     \_\_\_\_\_  Other (please explain).

**A supplemental disclosure statement will be filed upon any changes in the information provided herein.**

          **Respectfully submitted,**

          **AYERS & AYERS**

          By */s/ Deanne C. Ayers*
              Deanne C. Ayers
              #030486
              4205 Gateway Drive, Suite 100
              Colleyville, Texas   76034
              817-267-9009 Telephone
              817-318-0663 Facsimile
              ***Attorneys for Defendant Gallagher Bassett Services, Inc.***

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record via the Court's ECF system on this the 8th day of June, 2017.

              /s/Deanne C. Ayers
                Deanne C. Ayers